UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
GRACIELA BRETSCHNEIDER DONCOUSE,
:
      Plaintiff,                    17 Civ. 2839 (PAE)(AJP)
:

    -against-           :  **ORDER OF DISMISSAL ON CONSENT**

H&R BLOCK EASTERN ENTERPRISES INC. et al.,
:
    Defendants.
------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

      Based on the settlement agreement reached by all parties and transcribed by the court reporter on August 21, 2017, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot and any conferences cancelled.

      SO ORDERED.

DATED:    New York, New York
            August 21, 2017

                                            _____
                                            **Andrew J. Peck**
                                            United States Magistrate Judge

Copies **ECF** to:    All Counsel
                        Judge Engelmayer